No. 369.   LEHIGH VALLEY RAILROAD COMPANY *v.* ALLIED MACHINERY COMPANY OF AMERICA.   Error to the Circuit Court of Appeals for the Second Circuit.   Motion to dismiss or affirm submitted November 7, 1921.   Decided November 14, 1921.   *Per Curiam.*   Dismissed for

want of jurisdiction upon the authority of *Shulthis* v. *Mc-Dougal*, 225 U. S. 561; *Hull* v. *Burr*, 234 U. S. 712, 720; *St. Anthony Church* v. *Pennsylvania R. R. Co.*, 237 U. S. 575, 577, 578. *Mr. Edgar H. Boles, Mr. Charles A. Boston, Mr. George S. Hobart* and *Mr. Lindley M. Garrison* for plaintiff in error. *Mr. Hartwell Cabell* for defendant in error.